1 PHILLIP A. TALBERT
United States Attorney
2 ELLIOT C. WONG
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5
6 Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS NEGRETE CAMARILLO,<br><br>Plaintiff,<br><br>v.<br><br>UR JADDOU, ET AL.,<br><br>Defendants. | CASE NO.  1:24-CV-01209-BAM<br><br>STIPULATION AND [PROPOSED] ORDER FOR FIRST EXTENSION OF TIME |

The Defendants respectfully request a first extension of time in which to respond to the complaint, and counsel for Plaintiff does not oppose.  In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed in 2016.  USCIS has scheduled Plaintiff's asylum interview for April 2, 2025.  The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS anticipates it will do so within 120 days following the successful complete of Plaintiff's asylum interview.  In the event USCIS cancels or reschedules the interview on Plaintiff's application, the agency will endeavor to reschedule the interview within four weeks of the original date.

/ / /

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is July 31, 2025.  The parties further request that all other filing deadlines be similarly extended, and that the initial scheduling conference currently set for January 16, 2025, be vacated and reset.

Respectfully submitted,

Dated:  December 6, 2024

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

Dated: December 6, 2024

/s/ JESSICA T. ARENA
Jessica T. Arena
Counsel for Plaintiff

ORDER

Pursuant to the parties' stipulation, and cause appearing, the deadline for Defendants to file an answer or other dispositive pleading is extended to July 31, 2025.  The Scheduling Conference currently set for January 16, 2025, is continued to **August 28, 2025, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:   **December 11, 2024**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

2